**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ERIC L. ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:23-CV-1508-N-BH |
| ) | |
| CITY OF GRAND PRAIRIE et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form)*, filed July 5, 2023 (doc. 2), is **DENIED**.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**DATED this 18th day of September, 2023.**

_____
David C. Godbey
Chief United States District Judge