**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **ERIC L. ELLIS**,<br>Plaintiff,<br><br>vs.<br><br>ELLIS V. CITY OF GRAND PRAIRIE ET AL,<br><br>**Defendants** | Case No.:<br><br>3:23-cv-01508 |

**NOTICE OF APPEAL**

---

Notice is hereby given that Eric Ellis appeals to the United States Court of Appeals for the Fifth Circuit from the order dismissing this case entered in this action on September 18th 2023.

Respectfully submitted,

Eric L Ellis

3185075030

EricLamarEllis@gmail.com

10/13/2023

CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing NOTICE OF APPEAL was filed with the clerk of court and that it is available for viewing and downloading on the Court's CM/ECF system by the parties.

Dated: October 13, 2023

/s/ Eric L Ellis