# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Feb 08, 2024

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-11050

United States Court of Appeals
Fifth Circuit
**FILED**
February 8, 2024

Lyle W. Cayce
Clerk

Eric Lamar Ellis,

*Plaintiff—Appellant*,

*versus*

City of Grand Prairie; Grand Prairie Officer T. Steele, *in his individual capacity*; Grand Prairie Officer Frazier, *in her individual capacity*; Dave's Hi-Way Wrecker Service; Tow Truck Driver Curtis, *in his individual capacity*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1508

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of February 8, 2024, for want of prosecution. The appellant failed to timely pay the fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 23-11050 Ellis v. City of Grand Prairie
USDC No. 3:23-CV-1508

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc w/encl:
Mr. Eric Lamar Ellis